

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-12-00290-CV

## IN RE CHARLOTTE COSTLEY

---

## Original Proceeding

---

## MEMORANDUM  OPINION

---

In this original proceeding, Relator seeks mandamus relief relating to an administrative law judge's apparently adverse decision on her claim for Social Security disability benefits.  A state court of appeals has no jurisdiction to issue a writ of mandamus against a federal administrative law judge.  *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004).  We lack jurisdiction over this original proceeding and dismiss it.[1]

REX D. DAVIS
Justice

---

[1] Relator's petition for writ of mandamus has several procedural deficiencies.  It does not include the certification required by Rule of Appellate Procedure 52.3(j).  *See* TEX. R. APP. P. 52.3(j).  It lacks an appendix and a certified or sworn record, as required by Rules 52.3(k) and 52.7(a)(1).  *See id.* 52.3(k), 52.7(a)(1).  And, it lacks proof of service.  A copy of all documents presented to the Court must be served *on all parties* to the proceeding and must contain proof of service.  *Id.* 9.5; 52.2.  Because of our disposition and to expedite it, we will implement Rule 2 and suspend these rules in this proceeding.  *Id.* 2.

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Petition dismissed
Opinion delivered and filed August 23, 2012
[OT06]